PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, KATZENBACH, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, MCGLENNON, KAYS, JJ.   12.

*For reversal*—None.

---

CATHERINE PETERS, RESPONDENT, v. UNITED STATES STORES CORPORATION, APPELLANT.

Argued March 18, 1925—Decided May 18, 1925.

On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 110.

For the respondent, *William G. Demeza* and *John Winans.*

For the appellant, *Kellogg & Chance.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, KATZENBACH, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, MCGLENNON, KAYS, JJ.   12.

*For reversal*—None.